UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

               Plaintiff,

-against-

NYC MTA, et al.,

               Defendants.

19-CV-11257 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On November 7, 2019, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. The Court dismisses this action without prejudice for Plaintiff's failure to comply with the November 7, 2019 order.

The Clerk of Court is directed to assign this matter to my docket, transmit a copy of this order to Plaintiff,[1] and note service on the docket.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 2, 2020
          New York, New York

                                       COLLEEN McMAHON
                                   Chief United States District Judge

---

[1] Plaintiff consents to receive electronic service.